CSD 1100 [07/01/18](Page 1 of 3)
Name, Address, Telephone No. & I.D. No.
**Nicholas M. Wajda**
**11400 W. Olympic Blvd., Ste. 200**
**Los Angeles, CA 90064**
**(310) 997-0471**
**259178 CA**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Jessie Brian Lawson**
**Jessica Dawn Hall**

BANKRUPTCY NO. **18-04485**

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☐ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☐ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
  - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☒ Income of Individual Debtor(s)
- ☒ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated:  9/14/2018

Signature

Attorney for Debtor

CSD 1100
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

CSD 1100 (Page 2 of 3) [07/01/18]

## DECLARATION OF DEBTOR

I [We] __Jessie Brian Lawson__ and __Jessica Dawn Hall__ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of **4** pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 9/14/2018

*Debtor                                         *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are **not** to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
     a. "ADDED," if the information was missing from the previous document filed; or
     b. "CORRECTED," if the information modifies previously listed information; or
     c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee: **DO NOT** serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

### Amendments that fail to follow these instructions may be refused.
### **Amendments filed *after* the case is closed are not entitled to a refund of fees**

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 9/14/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   Chapter 7 Trustee:

   For Capt. 7, 11, & 12 cases:          ☒ For ODD numbered Chapter 13 cases.          For EVEN numbered Chapter 13 cases
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov               THOMAS H. BILLINGSLEA, JR., TRUSTEE         DAVID L. SKELTON, TRUSTEE
                                         Billingslea@thb.coxatwork.com               admin@ch13.sdcoxmail.com
                                                                                     dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

   On _____, , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

CSD 1100

CSD 1100 (Page 3 of 3) [07/01/18]

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____9/14/ 2018_____
(Date)

**Amy Vasquez**
**Wajda Law Group, APC**
**Camino Del Rio North., Ste. 400**
**San Diego, CA 92108**
Address

CSD 1100

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jessie Brian Lawson |
| Debtor 2 (Spouse, if filing) | Jessica Dawn Hall |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | 18-04485 |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed ☐ Not employed | ☐ Employed ■ Not employed |
| Occupation | | Welder | Homemaker |
| Employer's name | | West Coast Air | |
| Employer's address | | 1155 Pioneer Way #101 El Cajon, CA 92020 | |
| How long employed there? | | 10 years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $  ~~CORRECTED~~  10,873.26 | $  0.00 |
| 3. | Estimate and list monthly overtime pay. | 3.  +$  0.00 | +$  0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $  10,873.26  ~~CORRECTED~~ | $  0.00 |

Official Form 106I

*AMENDED*

**Schedule I: Your Income**

page 1

Debtor 1 **Jessie Brian Lawson**
Debtor 2 **Jessica Dawn Hall**

Case number *(if known)* **18-04485**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|
| Copy line 4 here .............................................. | 4. | $ 10,873.26 | $ 0.00 | CORRECTED |

5. List all payroll deductions:

|  |  | | | | |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,825.58 | $ 0.00 | CORRECTED |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 | CORRECTED |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 | |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 | |
| 5e. | Insurance | 5e. | $ 606.67 | $ 0.00 | CORRECTED |
| 5f. | Domestic support obligations | 5f. | $ 467.35 | $ 0.00 | |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 | |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 287.12 | $ 0.00 | |
|  |  |  | $ 0.00 | + $ 0.00 | |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.        6.   $ 3,186.72    $ 0.00   CORRECTED

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.       7.   $ 7,686.54    $ 0.00   CORRECTED

8. List all other income regularly received:

| 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.        9.   $ 0.00    $ 0.00

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.       10.   $ 7,686.54  + $ 0.00  = $ 7,686.54   CORRECTED

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____       11.   + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies       12.   $ 7,686.54   CORRECTED

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain: _____

Official Form 106I

**AMENDED**

**Schedule I: Your Income**

page 2

Fill in this information to identify your case:

| Debtor 1 | **Jessie Brian Lawson** |
|---|---|
| Debtor 2 (Spouse, if filing) | **Jessica Dawn Hall** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **18-04485** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 6 | ☐ No ■ Yes |
| Daughter | 7 | ☐ No ■ Yes |
| Son | 17 | ☐ No ■ Yes |
| Daughter | 23 | ☐ No ■ Yes  *ADDED* |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 2,500.00

   If not included in line 4:

   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 20.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

*AMENDED*

Debtor 1  **Jessie Brian Lawson**
Debtor 2  **Jessica Dawn Hall**                                    Case number (if known)  **18-04485**

6.  Utilities:
6a.  Electricity, heat, natural gas                                6a.  $ 405.00
6b.  Water, sewer, garbage collection                              6b.  $ 202.00
6c.  Telephone, cell phone, Internet, satellite, and cable services  6c.  $ 400.00
6d.  Other. Specify:                                               6d.  $ 0.00
7.  **Food and housekeeping supplies**                             7.   $ 1,050.00
8.  **Childcare and children's education costs**                   8.   $ 0.00
9.  **Clothing, laundry, and dry cleaning**                        9.   $ 100.00
10. **Personal care products and services**                        10.  $ 125.00
11. **Medical and dental expenses**                                11.  $ 260.00
12. **Transportation.** Include gas, maintenance, bus or train fare.  12.  $ 1,200.00
    Do not include car payments.
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $ 50.00
14. **Charitable contributions and religious donations**           14.  $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                           15a. $ 0.00
    15b.  Health insurance                                         15b. $ 0.00
    15c.  Vehicle insurance                                        15c. $ 350.00
    15d.  Other insurance. Specify:                                15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                       16.  $ 0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                               17a. $ 0.00
    17b.  Car payments for Vehicle 2                               17b. $ 0.00
    17c.  Other. Specify:                                          17c. $ 0.00
    17d.  Other. Specify:                                          17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18.  $ 0.00
19. **Other payments you make to support others who do not live with you.**
    Specify:                                                       19.  $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property                              20a. $ 0.00
    20b.  Real estate taxes                                        20b. $ 0.00
    20c.  Property, homeowner's, or renter's insurance             20c. $ 0.00
    20d.  Maintenance, repair, and upkeep expenses                 20d. $ 0.00
    20e.  Homeowner's association or condominium dues              20e. $ 0.00
21. **Other.** Specify:  **Contingency**                          21.  +$ 100.00

22. **Calculate your monthly expenses**
    22a.  Add lines 4 through 21.                                  $ 
    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $ 6,762.00
    22c.  Add line 22a and 22b.  The result is your monthly expenses.  $ 6,762.00

23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.  23a. $ 7,686.54 *CORRECTED*
    23b.  Copy your monthly expenses from line 22c above.          23b. -$ 6,762.00
    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                23c. $ 924.54 *CORRECTED*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here:

Official Form 106J                          *AMENDED*
                                    Schedule J: Your Expenses                        page 2